FILED

07/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0321



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0321

JULIE A. AND SCOTT R. ILLINGHAM, DVID B AND GEORGINE L. FORGATCH, AND CHET WENZEL,

Plaintiffs and Appellants,

v.

INTERMOUNTAIN INDUSTRIAL, INC., a Montana Corporation,

Defendant and Appellee.

ORDER OF MEDIATOR APPOINTMENT

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **Matthew B. Hayhurst, P.O. Box 9199, Missoula, MT 59807-9199, (406)543-6646; mhayhurst@boonekarlberg.com,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this July 7, 2020.



Bowen Greenwood, Clerk of the Supreme Court

c: Nicole Lynn Siefert, Quentin M. Rhoades, 430 Ryman Street, Missoula, MT 59802, (406)721-9700, gmr@montanalawyer.com & erickson@montanalawyer.com

Peter Francis Lacny, Joseph Ray Casillas, Elizabeth L. Griffing, 201 West Main Street, Suite 201, Missoula, MT 59802, (406)728-0810, jrcasillas@dmllaw.com, placny@dmllaw.com & bgriffin@axilonnlaw.com